David Lawrence Oberg, State Bar No. 137538
Madison Brooke Oberg, State Bar No. 329223
**OBERG LAW GROUP, A.P.C.**
23679 Calabasas Road, Suite 541
Calabasas, California 91302
Telephone: (818) 223-9384
Facsimile: (818) 743-7612
Email: david@oberglawapc.com; madison@oberglawapc.com

Attorneys for Plaintiff, Urbana Chapa Lawrence

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA—SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>PHILIP M. LAWRENCE, II,<br><br>  Debtor.<br>---<br>URBANA CHAPA LAWRENCE,<br><br>  Plaintiff,<br><br>vs.<br><br>PHILIP M. LAWRENCE, II<br><br>  Defendant. | Case No. 1:23-bk-11082-VK<br><br>Chapter 7<br><br>Adv. Proc. No. 1:23-ap-01050-VK<br><br>**NOTICE OF REQUIRED COMPLIANCE WITH LOCAL BANKRUPTCY RULE 7026-1**<br><br>Date:  February 21, 2024<br>Time:  1:30 p.m.<br>Ctrm:  "301"<br>     21041 Burbank Boulevard<br>     Woodland Hills, California 91367 |

**TO DEFENDANT AND HIS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Plaintiff Urbana Chapa Lawrence hereby gives notice of Judge Kaufman's Status Conference Instructions, a copy of which is attached as Exhibit "1", and the requirements under Local Bankruptcy Rule 7026-1, a copy of which is attached as Exhibit "2", that the parties meet and confer as required by and for the purposes set forth in the Rule.

-1-

| | | |
|---|---|---|
| 1 | Dated: December 12, 2023 | Oberg Law Group, A.P.C. |

By: */s/ Madison Brooke Oberg*
David Lawrence Oberg
Madison Brooke Oberg
Attorneys for Plaintiff Urbana Chapa Lawrence

-2-

JUDGE VICTORIA S. KAUFMAN'S
STATUS CONFERENCE INSTRUCTIONS

1. A copy of these instructions <u>must</u> be attached to the copy of the complaint served upon each party, and the <u>proof of service must state that these instructions, as well as a copy of the summons and complaint, was served</u>.

2. Plaintiff must serve, with the summons and complaint, a notice in compliance with <u>Local Bankruptcy Rule 7026-1(a)(1)</u>. Plaintiff must also file proof of service of the notice with proof of service of the summons and complaint as required by <u>Local Bankruptcy Rule 7026-1(a)(2)</u>.

3. Counsel for the parties **MUST TIMELY MEET TO DISCUSS SETTLEMENT AND TO EXCHANGE DOCUMENTS, OTHER EVIDENCE AND LISTS OF WITNESSES AND PRELIMINARY DISCOVERY SCHEDULES AS PROVIDED IN FED. R. BANKR. P. 7026.**

4. Pursuant to <u>Local Bankruptcy Rule 7016-1(a)(2)</u>, all parties <u>must</u> file a Joint Status Report at least fourteen (14) days before the date set for each status conference. The Joint Status Report should be in a form substantially similar to Exhibit A attached hereto, *i.e.*, Local Form 7016-1.STATUS.REPORT. Failure to file such a Joint Status Report may result in the imposition of monetary sanctions and/or the status conference being continued and parties being ordered to redo the status report to conform to Exhibit A. If cooperation in the filing of a Joint Status Report cannot reasonably be obtained, each appearing party must file a Unilateral Status Report and Declaration which comply with <u>Local Bankruptcy Rule 7016-1(a)(3)</u>.

5. If a response to the complaint is not timely filed:

    A. The plaintiff should file a request for entry of default by the clerk. The plaintiff also may request entry of a default judgment by filing and serving (if necessary) an appropriate motion; see <u>Fed. R. Bankr. P. 7055</u> and <u>Local Bankruptcy Rule 7055-1(b)</u>;

    AND

    B. No later than seven (7) days prior to the status conference, each appearing party <u>must</u> file a Unilateral Status Report (completing Sections A-E of Exhibit A attached hereto) as required by <u>Local Bankruptcy Rule 7016-1(a)(3)</u>.

6. If the parties dispute whether the adversary proceeding is "core" within the meaning of 28 U.S.C. § 157(b), they must file points and authorities in support of their positions. Any party who contends that the proceeding is "non-core" must file and serve a memorandum of points and authorities and evidence in support of his/her/its position no less than fourteen (14) days before the status conference. Any response must be filed at least seven (7) days before the status conference. **If a party does not timely file and serve his/her/its papers, that failure may be deemed a consent to whatever determination the Court makes.**

7. Any party claiming a right to trial by jury must make a timely demand as set forth in <u>Local Bankruptcy Rule 9015-2</u>. If the parties dispute whether a party has a right to a jury trial, they must file points and authorities in support of their positions. Any party who contends that

1

**Exhibit "1"**    003

he/she/it has a right to a jury trial must file and serve a memorandum of points and authorities and evidence in support of his/her/its position no less than fourteen (14) days before the status conference. Any response must be filed at least seven (7) days before the status conference. **If a party does not timely file and serve his/her/its papers, that failure may be deemed a consent to whatever determination the Court makes.**

8. Unless otherwise ordered by the Court, within seven (7) court days after the status conference, the plaintiff must submit a Scheduling Order which complies with Local Bankruptcy Rule 7016-1(a)(4).

9. Extensions of time to respond to a pleading are ineffective by stipulation of the parties unless approved by the Court. The Court is likely to deny requests to extend the response deadline to a date within five (5) days of the hearing date unless the hearing date is continued to a date which permits the Court adequate time to consider the pleadings. The Court will not grant a request to continue a hearing unless the request states adequate cause for the continuance.

10. Failure to comply with these instructions may subject the responsible party to a sanction of $150, or such other sanctions as may be warranted under the circumstances or allowed under Local Bankruptcy Rule 7016-1(f).

11. Failure of counsel for any party to appear at a status conference may be considered an abandonment or failure to prosecute or defend diligently and may result in dismissal of the proceeding or judgment entered against the defaulting party without further hearing, or such other sanctions as may be warranted under the circumstances or allowed under Local Bankruptcy Rule 7016-1(g).

    Hon. Victoria S. Kaufman
    United States Bankruptcy Judge

(Revised 1/18/22)

# EXHIBIT A

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - _____ DIVISION**

| In re: | CASE NO.: |
|---|---|
| | ADVERSARY NO.: |
| | CHAPTER: |
| Debtor(s). | |

| | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]** |
|---|---|
| Plaintiff(s).<br>vs.<br><br>Defendant(s). | DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☐ Yes    ☐ No
2. Have all parties filed and served answers to the Claims Documents?    ☐ Yes    ☐ No
3. Have all motions addressed to the Claims Documents been resolved?    ☐ Yes    ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?    ☐ Yes    ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    **Exhibit "1"**    F 7016-1.STATUS.REPORT

096

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

**B. READINESS FOR TRIAL:**

    1.    When will you be ready for trial in this case?

        <u>Plaintiff</u>        <u>Defendant</u>

    2.    If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

        <u>Plaintiff</u>        <u>Defendant</u>

    3.    When do you expect to complete <u>your</u> discovery efforts?

        <u>Plaintiff</u>        <u>Defendant</u>

    4.    What additional discovery do you require to prepare for trial?

        <u>Plaintiff</u>        <u>Defendant</u>

**C. TRIAL TIME:**

    1.    What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

        <u>Plaintiff</u>        <u>Defendant</u>

    2.    How many witnesses do you intend to call at trial (*including opposing parties*)?

        <u>Plaintiff</u>        <u>Defendant</u>

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    **Exhibit "1"**    Page 7    F 7016-1.STATUS.REPORT
007

3. How many exhibits do you anticipate using at trial?

<u>Plaintiff</u>            <u>Defendant</u>

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>            <u>Defendant</u>

Pretrial conference ☐ is ☐ is not requested     Pretrial conference ☐ is ☐ is not requested
Reasons:                                                                 Reasons:

<u>Plaintiff</u>            <u>Defendant</u>

Pretrial conference should be set <u>after</u>:     Pretrial conference should be set <u>after</u>:

(*date*) _____            (*date*) _____

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

2. Has this dispute been formally mediated?   ☐ Yes   ☐ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

<u>Plaintiff</u>            <u>Defendant</u>

☐ Yes   ☐ No            ☐ Yes   ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*            Exhibit "1"            F 7016-1.STATUS.REPORT

098

**F.  FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

<u>Plaintiff</u>

☐ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>

☐ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G.  ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Exhibit "1"                    F 7016-1.STATUS.REPORT
Page 099

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| | | |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                   Exhibit "1"                                   F 7016-1.STATUS.REPORT
                                                     010

LBR 7026-1

(2) <u>Other Parties</u>.  Any party other than plaintiff who has not received plaintiff's proposed pretrial stipulation within the time limits set forth in subsection (c) of this rule must prepare, file, and serve at least 14 days prior to the trial or pretrial conference, if one is ordered, a declaration attesting to plaintiff's failure to prepare and serve a proposed pretrial stipulation in a timely manner.

**(f)** **<u>Sanctions for Failure to Comply with Rule</u>.**  In addition to the sanctions authorized by F.R.Civ.P. 16(f), if a status conference statement or a joint proposed pretrial stipulation is not filed or lodged within the times set forth in subsections (a), (b), or (e), respectively, of this rule, the court may order one or more of the following:

(1) A continuance of the trial date, if no prejudice is involved to the party who is not at fault;

(2) Entry of a pretrial order based conforming party's proposed description of the facts and law;

(3) An award of monetary sanctions including attorneys' fees against the party at fault and/or counsel, payable to the party not at fault; and/or

(4) An award of non-monetary sanctions against the party at fault including entry of judgment of dismissal or the entry of an order striking the answer and entering a default.

**(g)** **<u>Failure to Appear at Hearing or Prepare for Trial</u>.**  The failure of a party's counsel (or the party, if not represented by counsel) to appear before the court at the status conference or pretrial conference, or to complete the necessary preparations therefor, or to appear at or to be prepared for trial may be considered an abandonment or failure to prosecute or defend diligently, and judgment may be entered against the defaulting party either with respect to a specific issue or as to the entire proceeding, or the proceeding may be dismissed.

**LBR 7026-1.  <u>DISCOVERY</u>**

**(a)** **<u>General</u>.**  Compliance with FRBP 7026 and this rule is required in all adversary proceedings.

(1) <u>Notice</u>.  The plaintiff must serve with the summons and complaint a notice that compliance with FRBP 7026 and this rule is required.

(2) <u>Proof of Service</u>.  The plaintiff must file a proof of service of this notice together with the proof of service of the summons and complaint.

**(b)** **<u>Discovery Conference and Disclosures</u>.**

(1) <u>Conference of Parties</u>.  Unless all defendants default, the parties must conduct the meeting and exchange the information required by FRBP 7026 within the time limits set forth therein.  Unless otherwise ordered, the initial status conference

constitutes the "scheduling conference" referred to in FRCP 26(f)(1) (incorporated by FRBP 7026).

(2) <u>Joint Status Report</u>. Within 7 days after such meeting, the parties must prepare a joint status report containing the information set forth in LBR 7016-1(a)(2). The joint status report will serve as the written report of the meeting required by FRBP 7026.

**(c)** **<u>Failure to Make Disclosures or Cooperate in Discovery</u>.**

(1) <u>General</u>. Unless excused from complying with this rule by order of the court for good cause shown, a party must seek to resolve any dispute arising under FRBP 7026-7037 or FRBP 2004 in accordance with this rule.

(2) <u>Meeting of Parties</u>. Prior to the filing of any motion relating to discovery, the parties must meet in person or by telephone in a good faith effort to resolve a discovery dispute. It is the responsibility of the moving party to arrange the conference. Unless altered by agreement of the parties or by order of the court for cause shown, the opposing party must meet with the moving party within 7 days of service upon the opposing party of a letter requesting such meeting and specifying the terms of the discovery order to be sought.

(3) <u>Moving Papers</u>. If the parties are unable to resolve the dispute, the party seeking discovery must file and serve a notice of motion together with a written stipulation by the parties.

(A) The stipulation must be contained in 1 document and must identify, separately and with particularity, each disputed issue that remains to be determined at the hearing and the contentions and points and authorities of each party as to each issue.

(B) The stipulation must not simply refer the court to the document containing the discovery request forming the basis of the dispute. For example, if the sufficiency of an answer to an interrogatory is in issue, the stipulation must contain, verbatim, both the interrogatory and the allegedly insufficient answer, followed by each party's contentions, separately stated.

(C) In the absence of such stipulation or a declaration of a party of noncooperation by the opposing party, the court will not consider the discovery motion.

(4) <u>Cooperation of Parties; Sanctions</u>. The failure of any party either to cooperate in this procedure, to attend the meeting of parties, or to provide the moving party the information necessary to prepare the stipulation required by this rule within 7 days of the meeting of parties will result in the imposition of sanctions, including the sanctions authorized by FRBP 7037 and LBR 9011-3.

**LBR 7026-2**

(5) <u>Contempt</u>.  LBR 9020-1 governing contempt proceedings applies to a discovery motion to compel a non-party to comply with a deposition subpoena for testimony and/or documents under FRBP 7030 and 7034.

**LBR 7026-2.  <u>DISCOVERY DOCUMENTS – RETENTION, FILING, AND COPIES</u>**

(a) **<u>Retention by Propounding Party</u>.**  The following discovery documents and proof of service thereof must not be filed with the clerk until there is a proceeding in which the document or proof of service is in issue:

(1) Transcripts of depositions upon oral examination;
(2) Transcripts of depositions upon written questions;
(3) Interrogatories;
(4) Answers or objections to interrogatories;
(5) Requests for the production of documents or to inspect tangible things;
(6) Responses or objections to requests for the production of documents or to inspect tangible things;
(7) Requests for admission;
(8) Responses or objections to requests for admission;
(9) Notices of Deposition, unless filing is required in order to obtain issuance of a subpoena in another district; and
(10) Subpoena or Subpoena Duces Tecum.

(b) **<u>Period of Retention for Discovery Documents</u>.**  Discovery documents must be held by the attorney for the propounding party pending use pursuant to this rule for the period specified in LBR 9070-1(b) for the retention of exhibits, unless otherwise ordered by the court.

(c) **<u>Filing of Discovery Documents</u>.**

(1) When required in a proceeding, only that part of the document that is in issue must be filed with the court.

(2) When filed, discovery documents must be submitted with a notice of filing that identifies the date, time, and place of the hearing or trial in which it is to be offered.

(3) Original deposition transcripts are treated as trial exhibits and must be delivered to the judge for use at the hearing or trial.  The original deposition transcript and a copy must be lodged with the clerk pursuant to LBR 7030-1(b).

(d) **<u>Copies of Discovery Documents</u>.**

(1) Unless an applicable protective order otherwise provides, any entity may obtain a copy of any discovery document described in subsection (a) of this rule by making a written request therefor to the clerk and paying duplication costs.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

23679 Calabasas Road, Suite 541, Calabasas, California 91302

A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF REQUIRED COMPLIANCE WITH LOCAL BANKRUPTCY RULE 7026-1**
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 12, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**David Keith Gottlieb (TR)**    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com, rjohnson@dkgallc.com, akuras@dkgallc.com; ecf.alert+Gottlieb@titlexi.com
**David L Oberg**    david@oberglawapc.com
**United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov    ☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 12, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Philip M. Lawrence
4965 Calvin Ave
Tarzana, CA 91356

Served Via Email
Robert M. Yaspan ryaspan@yaspanlaw.com

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 12, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Victoria Kaufman
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, California 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 12, 2023 | Madison B. Oberg | /s/ Madison B. Oberg |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**